F. J. ALLEN

*v.*

STATE OF ILLINOIS.

*Opinion filed April 18, 1923.*

ILLINOIS NATIONAL GUARD—*State liable for supplies.* The State is liable for meals furnished to members of Illinois National Guard, upon order from the Company Commander.

Edward J. Brundage, Attorney General, for State.

Claimant, F. J. Allen, by his attorney, files a claim for $59.85 for meals served to members of "Co. F." Illinois National Guards, while on duty in race riot at East St. Louis, Illinois, by order of Company Commander, O. C. Smith, who O. K.'d the bill as correct. The proof is ample and the itemized statement is very reasonable. We find no denial on file by Attorney General.

We accordingly award claimant fifty-nine and 85/100 dollars.